1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 | SID LANDAU,                          1:07-CV-0815 AWI DLB PC
12 |         Plaintiff,                   ORDER VACATING ORDER DATED
                                          JUNE 7, 2007 (DOCUMENT #5)
13 |
   |     vs.                              ORDER GRANTING APPLICATION TO
14 |                                      PROCEED IN FORMA PAUPERIS
   | W. T. VOSS, et al.,
15 |                                      (DOCUMENT #2)
16 |         Defendants.
                                  /
17
        Plaintiff Sid Landau ("plaintiff") is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on June 4, 2007.

        On June 7, 2007, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee. On June 13, 2007, plaintiff submitted a letter to the court identifying plaintiff as a "civil detainee". Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Accordingly, the order to submit an application to proceed in forma pauperis shall be vacated.

        In the instant action, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the

1

motion to proceed in forma pauperis shall be granted.

      Good cause appearing, IT IS HEREBY ORDERED THAT:

      1. The court's order of June 6, 2007, entitled "Order to Submit Application to Proceed in Forma Pauperis or filing fee," is VACATED in its entirety.

      2. Plaintiff's application to proceed in forma pauperis is GRANTED.

  IT IS SO ORDERED.

      **Dated:**   **July 10, 2007**                **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE