# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>            Plaintiff,<br><br>W.T. VOSS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-07-0815 AWI DLB P<br><br>ORDER REQUIRING PLAINTIFF<br>TO FURNISH INFORMATION<br>SUFFICIENT TO EFFECT SERVICE OF<br>PROCESS ON DOE DEFENDANTS 1 thru 10 |

      Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed on June 4, 2007 against Voss, Weinstein, Bresler, Morisho, Kaur, Allen, Winchel, Forrest, Adcock and Does 1 thru 10 for violation Due Process Clause of the Fourteenth Amendment. Because plaintiff is proceeding in forma pauperis, the Court must appoint the United Stats Marshal to serve each defendant with the summons and complaint. Fed.R.Civ.Prpc. 4(c)(2). However, the Court cannot locate and serve unidentifed defendants.

      Within thirty days form the date of service of this order, plaintiff shall provide the court with further information to assist the Marshal in serving the Doe defendants. The court is aware the plaintiff does not know the names of the Doe defendants. From the complaint, it appears that Doe defendants 6 thru 10 were subordinates of defendants Kaur and Weinstein, and worked at Coalinga State Hospital in Unit 2. If plaintiff can remember any other details that might assist the court and the Marshal,

1  plaintiff shall so inform the court.
2      Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date
3  of service of this order, plaintiff shall provide the court with any and all information he has that might
4  help the Marshal identify and serve defendants John Does 1 -10.
5      IT IS SO ORDERED.
6      **Dated:   March 6, 2008**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE