# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. T. VOSS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | CASE NO. 1:07-cv-00815-AWI DLB PC<br><br>ORDER DENYING REQUEST FOR RE-SERVICE<br><br>(Doc. 46) |

　　　Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2008, the Court issued an order directing the United States Marshal to initiate service of process on nine defendants, including Wendy Allen. (Doc. 14.)   The waiver of service of summons for Wendy Allen was returned executed on March 24, 2009. (Doc. 28.)

　　　Plaintiff's motion for re-service of the summons and complaint on Wendy Allen, filed July 21, 2009, is therefore denied as unnecessary.

　　　IT IS SO ORDERED.

　　　Dated:   **August 2, 2009**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1