# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>            Plaintiff,<br><br>     v.<br><br>W. T. VOSS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-CV-00815-AWI-DLB PC<br><br>ORDER DISMISSING DEFENDANT ROBERTO MORISHO FROM ACTION |

   Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 12, 2010, the United States Marshal, who must effect service of process on behalf of plaintiffs proceeding in forma pauperis, returned a summons for Defendant Roberto Morisho unexecuted.  (Doc. 73.)  According to the summons, the house is vacant.  Thus, the address provided by Plaintiff was inaccurate.

   Accordingly, it is HEREBY ORDERED that Defendant Roberto Morisho is dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

   IT IS SO ORDERED.

   Dated:   **August 24, 2010**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1