# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU, | 1:07-CV-00815-AWI-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT WENDY ALLEN SHOULD NOT BE DISMISSED FROM THIS ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE |
| v. | |
| W. T. VOSS, et al., | |
| Defendants. | THIRTY DAY DEADLINE |

Sid Landau ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, alleging Defendants violated his rights under the Fourteenth Amendment. Plaintiff filed this action on June 4, 2007. Only Defendants Adcock, Forrest, and Allen remain in this action.

**I.    Background**

On April 11, 2008, the Court issued an order directing the United States Marshal to serve process in this action upon Defendants. (Doc. 14.) On March 24, 2009, a Waiver of Service signed by Defendant Wendy Allen on March 4, 2009 was filed with the Court, giving Defendant Wendy Allen sixty days from March 4, 2009, in which to file an answer or motion under Federal Rule of Civil Procedure 12 in response to Plaintiff's complaint. (Doc. 28.) More than a year has passed, and Defendant Allen has not filed an answer, a motion under Rule 12, or any other response to Plaintiff's complaint. (*See* Court Docket.) Plaintiff has not filed a motion under

1

Federal Rule of Civil Procedure 55 regarding Defendant Allen.  (*Id.*)

**II.     Order To Show Cause**

Within thirty days from the date of service of this order, Plaintiff shall show cause why Defendant Wendy Allen should not be dismissed from this action for Plaintiff's failure to prosecute against her.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the court, showing cause why Defendant Wendy Allen should not be dismissed from this action for Plaintiff's failure to prosecute against her; and

2. Plaintiff's failure to comply with this order shall result in a recommendation of dismissal of Defendant Wendy Allen from this action.

IT IS SO ORDERED.

Dated:   September 8, 2010                          /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE