# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU, | CASE NO. 1:07-CV-00815-AWI-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| W. T. VOSS, et al., | (DOC. 78) |
| Defendants. | RESPONSE DUE WITHIN 7 DAYS |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants James Forrest and Leo Adcock for violation of the Fourteenth Amendment. This matter is set for jury trial.

On September 10, 2010, the Court issued a scheduling order requiring the parties to submit pretrial statements. Doc. 78. Plaintiff's pretrial statement was due December 27, 2010. Defendants' pretrial statement was due January 10, 2011. Neither party has submitted a pretrial statement as of the date of this order. This matter has been set for telephonic trial confirmation before the Honorable Anthony W. Ishii on January 24, 2011.

The Court expects the parties to comply with its orders. Accordingly, the parties are HEREBY ORDERED to show cause why sanctions, including but not limited to dismissal of this action, should not be imposed for the parties' failure to comply with the Court's September 10, 2010 scheduling order. Failure to show cause or timely respond may result in sanction.

IT IS SO ORDERED.

Dated: **January 18, 2011**         /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1