UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. T. VOSS, et al.,<br><br>　　　　Defendants. | 1:07-cv-0815-AWI-DLB-PC<br><br>ORDER VACATING JANUARY 24, 2011 TELEPHONIC TRIAL CONFIRMATION HEARING AND REFERRING MATTER TO MAGISTRATE JUDGE |

　　　　Plaintiff Sid Landau ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health.   Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 10, 2010, the Court issued a scheduling order that required Plaintiff to submit a pretrial statement by December 27, 2010 and Defendants to submit a pretrial statement by January 10, 2011. The scheduling order further set this matter for a telephonic trial confirmation hearing before the undersigned on January 24, 2011.

　　　　However, no party has submitted a pretrial statement or otherwise contacted the Court concerning the January 24, 2011 telephonic trial confirmation hearing.

　　　　On January 18, 2010, the Court issued an order to show cause why sanctions should not be imposed for the parties' failure to comply with the Court's September 10, 2010 scheduling order.

1

At this time, the court cannot proceed with the telephonic trial confirmation hearing because no pretrial statements have been filed.

Accordingly, the court ORDERS that:

1. The January 24, 2011 telephonic trial confirmation hearing is VACATED;
2. This action is REFERRED to the Magistrate Judge for further scheduling and/or orders.

IT IS SO ORDERED.

Dated:  January 19, 2011

CHIEF UNITED STATES DISTRICT JUDGE