# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>W. T. VOSS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-CV-00815-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER GRANTING DEFENDANT ALLEN'S MOTION FOR SUMMARY JUDGMENT<br><br>(DOC. 96 & 106) |

　　　　Plaintiff Sid Landau ("Plaintiff") is a California civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2011, Defendant Wendy Allen filed a motion for summary judgment. Doc. 96. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 9, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 106. No party filed a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 9, 2011, is adopted in full;
2. Defendant Wendy Allen's motion for summary judgment, filed April 14, 2011, is granted;
3. Summary judgment is granted in favor of Defendant Allen and against Plaintiff; and
4. Defendant Allen is dismissed from this action.

IT IS SO ORDERED.

Dated:  January 6, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE