1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

9 SID LANDAU,                                     CASE NO. 1:07-CV-00815-AWI-DLB PC

                        Plaintiff,               ORDER ADOPTING FINDINGS AND
10                                               RECOMMENDATIONS AND DISMISSING
       v.                                        DEFENDANTS ROBERTO MORISHO AND
11                                               W.T. VOSS FROM ACTION
   W. T. VOSS, et al.,
12                                               (DOC. 107)
                        Defendants.
13

14  _____/

15

16        Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  On April 19, 2010, the United States Marshal, who must effect

18  service of process on behalf of plaintiffs proceeding in forma pauperis, returned a summons for

19  Defendant W. T. Voss unexecuted. Doc. 70.  On August 12, 2010, the United States Marshal

20  returned a summons for Defendant Roberto Morisho unexecuted. Doc. 73.The matter was referred

21  to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22        On December 14, 2011, the Magistrate Judge filed a Findings and Recommendations which

23  was served on the parties and which contained notice to the parties that any objection to the Findings

24  and Recommendations was to be filed within fourteen days.  Doc. 107.  No party filed a timely

25  Objection to the Findings and Recommendations.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de*

27  *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

28  Recommendations to be supported by the record and by proper analysis.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.      The Findings and Recommendations, filed December 14, 2011, is adopted in full;

3              and

4      2.      Defendants Roberto Morisho and W.T. Voss are dismissed from this action.

5   IT IS SO ORDERED.

6

Dated:    February 10, 2012                    _____

7                                              CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28