# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU, | 1:07-cv-00815-AWI-DLB PC |
| Plaintiff, | ORDER VACATING MAY 7, 2012 TELEPHONIC HEARING |
| v. | ORDER TO SHOW CAUSE (DOC. 110) |
| JAMES FORREST, et al., | |
| Defendants. | RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 13, 2012, the Court issued a Second Scheduling Order, and ordered Plaintiff to file a pretrial statement by April 13, 2012.  As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that

1. Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to prosecute.  Failure to timely respond or otherwise show cause will result in a recommendation of dismissal of this action for failure to obey a court order and failure to prosecute; and

2. The May 7, 2012 telephonic hearing is vacated.

IT IS SO ORDERED.

Dated:   **April 27, 2012**            /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1