# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU, | 1:07-cv-00815-AWI-DLB PC |
| Plaintiff, | ORDER VACATING SECOND SCHEDULING ORDER (DOC. 110) |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 115) |
| JAMES FORREST, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF COPY OF DOCKET |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 13, 2012, the Court issued a Second Scheduling Order, and ordered Plaintiff to file a pretrial statement by April 13, 2012. On April 30, 2012, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute.

On May 4, 2012, Plaintiff filed his response. Plaintiff contends that the individual assisting Plaintiff discontinued assistance on March 3, 2012. On March 4, 2012, Plaintiff acquired a new assistant, who attempted unsuccessfully to retrieve all of Plaintiff's records and previously filed documents. Plaintiff requests additional time to prepare a pretrial statement, as well as a copy of the docket in this case.

The Court finds good cause has been presented. The Court will direct the Clerk of the Court to send Plaintiff a printed copy of the docket in this action. By separate order, a new scheduling order will be issued. If Plaintiff fails to file a pretrial statement by the time specified, the Court will issue a recommendation that this action be dismissed for failure to prosecute. No

1

further extensions of time will be granted regarding the filing of pretrial statements.

  Accordingly, it is HEREBY ORDERED that

  1.  The Order To Show Cause, issued April 30, 2012, is discharged;

  2.  The Second Scheduling Order, issued February 13, 2012, is vacated; and

  3.  The Clerk of the Court is directed to send Plaintiff a printed copy of the docket in this action.

IT IS SO ORDERED.

  **Dated: May 31, 2012**        **/s/ Dennis L. Beck**
                       UNITED STATES MAGISTRATE JUDGE