1
2
3
4
5
6
7
8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **SID LANDAU,**                          Case No. 1:07- CV 00815 AWI DLB PC
12
                              Plaintiff,    **[~~PROPOSED~~] ORDER GRANTING**
13                                          **REQUEST FOR CONTINUANCE OF**
                                            **JANUARY 14, 2013 STATUS**
14              v.                          **CONFERENCE TO MARCH 18, 2013**

15 **W.T. VOSS, et al.,**

16                            Defendants.

17

18        Defendant's request that the January 14, 2013 status conference be continued to a later date,

19 at least 60 days after January 14, 2013 was considered by the Court, and good cause appearing,

20 Defendant's request is granted.

21        IT IS HEREBY ORDERED that the status conference is continued to March 18, 2013, at

22 3:00 p.m.

23

24

25 IT IS SO ORDERED.

26 Dated:   November 27, 2012

27                                    UNITED STATES DISTRICT JUDGE

28
                                          1