# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>  Plaintiff,<br><br> v.<br><br>JAMES FORREST, et al.,<br><br>  Defendants. | Case No. 1:07-cv-00815-AWI-DLB PC<br><br>**ORDER REGARDING POSSIBLE SETTLEMENT CONFERENCE**<br><br>RESPONSE TO ADR DIVISION DUE WITHIN THIRTY DAYS |

During the entire week of June 10, 2013, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges will conduct settlement conferences. Your case has been identified as potentially appropriate for referral to Settlement Week.

Accordingly, IT IS HEREBY ORDERED that the parties shall, within **30 days** from the date of this order, so inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference will be beneficial, at the following address, fax number, or email address:

    ADR Division

    Attention: Sujean Park

    US District Court

    501 I Street, Suite 4-200

    Sacramento, CA 95814

1  Fax: (916) 491-3912

2  email: spark@caed.uscourts.gov

3

4

5  IT IS SO ORDERED.

6  Dated:   **March 11, 2013**                              /s/ Dennis L. Beck
                                                         UNITED STATES MAGISTRATE JUDGE
7