# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES FORREST, et al.,<br><br>　　　　　Defendants. | 1:07cv00815 AWI DLB PC<br><br>ORDER REGARDING<br>PRETRIAL STATEMENTS |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants James Forrest and Leo Adcock for excessive force in violation of the Fourteenth Amendment.

On July 2, 2013, the Court issued an Amended Second Scheduling Order setting the new telephonic trial confirmation hearing and trial. The order also set a schedule for the filing of pretrial statements and other trial-related motions.

The parties are advised that they need not submit new pretrial statements and may stand on the statements filed in April 2012. However, in light of the discussion during the July 1, 2013, telephonic status conference relating to the possibility of additional discovery, the parties may file new pretrial statements, if warranted, within the schedule set by the July 2, 2013, order.

IT IS SO ORDERED.

　Dated: **July 2, 2013**　　　　　　　　　　　／s／ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1