# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SID LANDAU,** | Case No. 1:07-cv-00815-AWI-DLB PC |
| **Plaintiff,** | **ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING TO FEBRUARY 10, 2014** |
| v. | |
| **W.T. VOSS, et al.,** | |
| **Defendants.** | |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff's claim arises out of Defendants' alleged use of excessive force while he was at Coalinga State Hospital ("CSP") on December 15, 2006.

On February 3, 2014, the Court had scheduled a Telephonic Trial Confirmation Hearing for 3:00p.m. At approximately 3:00 p.m., Defendants' counsel contacted the Court. Defendants counsel' stated that he had attempted to call Plaintiff on Plaintiff's previously provided phone number for the Telephonic Trial Confirmation Hearing between the parties and the Court. Defendants' counsel informed the Court that Plaintiff was not available at the provided phone number. Defendants' counsel stated that he and his staff would continue attempting to call Plaintiff. The Court requested Defendants' counsel inform the Court of any updates.

At approximately 4:00 p.m., Defendants' counsel again called the Court. Defendants'

1 counsel stated that Plaintiff remained unavailable at the number he had provided to Defendants'
2 counsel. Defendants' counsel stated that his staff's other attempts to find Plaintiff at Coalinga
3 State Hospital had not resulted in finding Plaintiff.

4 Given the inability to contact Plaintiff, the Court continued the Telephonic Trial
5 Confirmation Hearing until February 10, 2014 at 3:00 p.m.

6 The parties are ORDERED to contact the Court at 3:00 p.m. on February 10, 2004.
7 Defendants' counsel is DIRECTED to coordinate the telephonic conference with the Court.
8 Plaintiff SHALL provide Defendants' counsel and the Court with Plaintiff's contact phone
9 number as soon as possible. Plaintiff is reminded that continued failure to prosecute this action
10 and comply with Court orders may result in sanctions, including terminating sanctions.

IT IS SO ORDERED.

Dated:   February 4, 2014                          _____
                                                   SENIOR DISTRICT JUDGE