# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>       Plaintiff,<br><br>   v.<br><br>W.T. VOSS, et al.,<br><br>       Defendants.<br>_____/ | Case No. 1:07-cv-00815-AWI-DLB PC<br><br>**ORDER PROHIBITING ANYONE BUT PLAINTIFF TO PARTICIPATE IN JEROME ROGERS' DEPOSITION ON FEBRUARY 24, 2014** |

    Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants James Forrest and Leo Adcock for excessive force in violation of the Fourteenth Amendment. Plaintiff's claim arises out of Defendants' alleged use of excessive force while he was at Coalinga State Hospital ("CSP") on December 15, 2006 when they forcibly removed him from a latrine. This case is currently set for trial on March 18, 2014.

    On February 10, 2014, the Court reopened discovery for the limited purpose to allow Defendants to take the deposition of Jerome Rogers, a percipient witness disclosed by Plaintiff. Mr. Rogers' deposition is now scheduled for February 24, 2014, at the West Valley Detention Center in Rancho Cucamonga, California. On February 18, 2014, Defendants requested an order from the Court prohibiting anyone but Plaintiff from participating in Jerome Rogers' deposition. (ECF No. 151.) Defendants argue that in the past, at a previous deposition and at a settlement

1  conference in this matter, Mr. Lawrence Lowe and Mr. Mark Sokowlsky have appeared with
2  Plaintiff and have interfered with the judicial process. Neither of these individual is a licensed
3  attorney and Defendants want to ensure that the deposition of Jerome Rogers proceeds without
4  any interference from either one of these two individuals. Defendants do not have any objections
5  to other individuals being present in the room with Plaintiff, so long as it is for the limited purpose
6  of assisting Plaintiff with his hearing disability.

7  Accordingly, it is HEREBY ORDERED that no one but Plaintiff may participate in the
8  deposition of Jerome Rogers, scheduled for February 24, 2014, except for the limited purpose of
9  assisting Plaintiff with his hearing disability.

IT IS SO ORDERED.

Dated:  **February 20, 2014**                   /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE

2