# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU, | Case No.  1:07-cv-00815-AWI-DLB PC |
| Plaintiff, | **AMENDMENT TO PRETRIAL ORDER** |
| v. | |
| W.T. VOSS, et al., | **Jury Trial:** March 18, 2014, at 8:30 a.m. in Courtroom 2 (AWI) |
| Defendants. | |
| _____/ | |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.   On March 5, 2014, the Court issued a pretrial order.   In this order, the Court made reference to a telephonic hearing to be held on March 18, 2014.   This reference was a clerical error, and no telephonic hearing is set for March 18, 2014.

Defendants have also asked for additional time in which to file a trial brief, summary of the case, proposed jury instructions, and a proposed verdict form.    The Court will accept these documents until March 13, 2014.   While the parties may choose not file some of these documents, as explained at the pretrial conference, a summary of the case, which will be read to the jury panel prior to vior dire, *must* be filed.

The parties are reminded that it is unclear whether this action will proceed to trial on March 18, 2014.   The Court will notify the parties concerning the trial date as soon as the Court knows which trial will proceed on March 18, 2014.

1    Accordingly, the Pretrial Order is amended to delete any reference to a March 18, 2014

2  telephonic hearing at 3:00 p.m.     The Court will accept trial briefs, a summary of the case,

3  proposed jury instructions, and proposed verdict forms from any party until March 13, 2014.

4

5  IT IS SO ORDERED.

6  Dated:   March 6, 2014                   _____
                                                    SENIOR   DISTRICT   JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2