# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU, | Case No. 1:07-cv-00815-AWI-DLB PC |
| Plaintiff, | **ORDER SETTING TELEPHONIC CONFERENCE** |
| v. | **Telephonic Conference:** March 13, 2014, at 10:00 a.m. |
| W.T. VOSS, et al., | |
| Defendants. | **Jury Trial:** March 18, 2014, at 8:30 a.m. |

Trial in this action is currently set to begin on March 18, 2014. The Court finds that a telephonic hearing with the parties prior to trial is in the best interests of justice. Specifically, the Court has received informal communication that Witness Jerome Rogers' current custodian cannot bring him to trial next week. The Court needs to discuss the necessity of Witness Jerome Rogers with the parties.

Accordingly, the Court is setting a telephonic conference between the parties and the Court for 10:00 a.m. on Thursday, March 13, 2014. Counsel for Defendant is requested to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5669.

IT IS SO ORDERED.

Dated:  March 11, 2014

SENIOR DISTRICT JUDGE