UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>    Plaintiff,<br><br>    v.<br><br>W.T. VOSS, et al.,<br><br>    Defendants. | CASE NO. 1:07-CV-815 AWI DLB PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF SID LANDAU |

Plaintiff Sid Landau is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 4, 2014, the Court issued an order and Writ of Habeas Corpus ad Testificandum commanding the Executive Director of Coalinga State Hospital to produce Plaintiff Landau in this Court on March 18, 2014, to testify at trial in this action. On March 14, 2014, the Court vacated the trial in this action. A motions hearing is now set for April 28, 2014 at 1:30 p.m.

Accordingly, the Court ORDERS that the Court's March 4, 2010 Writ of Habeas Corpus ad Testificandum commanding the production of Plaintiff Sid Landau is VACATED.

IT IS SO ORDERED.

Dated:   March 14, 2014                                    _____
                                                                          SENIOR DISTRICT JUDGE