UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>                Plaintiff,<br><br>    v.<br><br>W.T. VOSS, et al.,<br><br>                Defendants. | CASE NO. 1:07-CV-815 AWI DLB PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WITNESS JEROME A. ROGERS |

      Plaintiff Sid Landau is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 6, 2014, the Court issued an order and Writ of Habeas Corpus ad Testificandum commanding the Warden of West Valley Detention Center to produce Jerome A. Roberts in this Court on March 18, 2014, to testify at trial in this action.  On March 14, 2014, the Court vacated the trial in this action.   A new trial date will be set once pre-trial motions have been resolved.

      Accordingly, the Court ORDERS that the Court's March 6, 2010 Writ of Habeas Corpus ad Testificandum commanding the production of Jerome A. Roberts is VACATED.

IT IS SO ORDERED.

Dated:   March 14, 2014                               _____
                                                      SENIOR  DISTRICT  JUDGE