UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU,<br><br>              Plaintiff,<br><br>       v.<br><br>W.T. VOSS, et al.,<br><br>              Defendants. | CASE NO. 1:07-CV-815 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ASSISTANCE FROM PATIENT ADVOCATES AS MOOT<br><br>(Document #132) |

   Plaintiff Sid Landau is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Between March and June 2013 the Court assisted the parties in an attempt to resolve this action by setting a settlement conference.  On May 17, 2013, Plaintiff filed a request that patient advocates be allowed to attend the settlement conference.  On June 10, 2013, a settlement conference was held, and the parties were unable to reach a settlement.

   An administrative review of this docket reveals that the Court never formally ruled on this motion.  Accordingly, the Court ORDERS that Plaintiff's motion for assistance for patient advocates is DENIED as moot.

IT IS SO ORDERED.

Dated:   March 25, 2014                         _____

                                                SENIOR  DISTRICT  JUDGE