# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID LANDAU | Case No. 1:07-cv-00815-AWI-DLB PC |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| W.T. VOSS, et al., | |
| Defendants. | |

Plaintiff Sid Landau ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C § 1983. Plaintiff has requested that the Court appoint counsel to represent him in this action. Recently, Plaintiff wrote a letter to the Court stating he could not remember directions given to him during the Court's April 28, 2014 hearing. The Court finds that the appointment of counsel for Plaintiff is warranted.

Philip C. Bourdette has been selected from the court's pro bono attorney panel to represent Plaintiff. Mr. Bourdette has accepted the appointment. The Court will set a status conference with Mr. Bourdette and the attorney for Defendants to determine an available trial date.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for a status conference on August 19, 2014 at 1:30 p.m.;
2. Philip C. Bourdette is appointed as counsel in the above entitled matter.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Philip C. Bourdette, Bourdette & Partners, 2924 W. Main St., Visalia, CA 93291.

IT IS SO ORDERED.

Dated:  August 8, 2014                              _____
                                                    SENIOR DISTRICT JUDGE

2