Philip C. Bourdette (SBN 47492)
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
Telephone: (559) 625-8425
Facsimile: (559) 625-8491
pcbb@bourdettelaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SID LANDAU<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JAMES FORREST, et al.,<br><br>　　　　　Defendants. | Case #: 1:07-cv-00815-AWI-DLB (PC)<br><br>STIPULATION FOR DISMISSAL |

Pursuant to the provisions of Fed. R. Civ. P. 41(a) (1), the parties, by and through their respective counsel, hereby stipulate that LEO ADCOCK & JAMES FORREST be dismissed with prejudice from this action, with the parties bearing their own costs and attorney's fees in the exchange for a payment to Plaintiffs.

IT IS SO STIPULATED

Dated:  December 30, 2014          BOURDETTE & PARTNERS


                                   By:___/s/ Philip C. Bourdette_____
                                       Philip C. Bourdette,
                                       Attorney for Plaintiffs

1

STIPULATION FOR DISMISSAL

Dated:  December 30, 2014          By:   /S/ Oliver R. Lewis
                                         Oliver R. Lewis
                                         Deputy Attorney General
                                         1300 I Street, Suite 125
                                         Post Office Box 944255
                                         Sacramento, CA  94244-2550

### ORDER OF DISMISSAL

Because the parties have filed a properly signed Rule 41(a) (1) (A) (ii) notice of voluntary dismissal, the above-named defendants are hereby DISMISSED WITH PREJUDICE from this case and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   January 7, 2015              _____
                                         SENIOR  DISTRICT  JUDGE